IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

Civil Action No. 1:20-cv-03024

[Colorado County Court, Denver County, No. 20C00657]

WAZIR ALI MUHAMMAD,

        Plaintiff,

v.

WAKEFIELD AND ASSOCIATES, UCHEALTH UNIVERSITY OF COLORADO HOSPITAL, EXPERIAN CONSUMER REPORTING AGENCY, TRANSUNION CONSUMER REPORTING AGENCY, and EQUIFAX CONSUMER REPORTING AGENCY,

        Defendants,

### DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Trans Union LLC, incorrectly named as TransUnion Consumer Reporting Agency ("Trans Union"), a Defendant herein, and hereby files this Notice of Removal pursuant to 28 U.S.C. §1446(a), and in support thereof would respectfully show the Court as follows:

#### A. Procedural Background

1. On or about September 11, 2020, Plaintiff Wazir Ali Muhammad, Esq. ("Plaintiff") filed his Complaint in this action in the County Court of Denver County, Colorado, Case No. 20C00657 ("State Court Action") alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, against Trans Union LLC.

2. The time period for filing a responsive pleading in the State Court Action has not

1

4622986.1

expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

3. Defendant Trans Union LLC was served with Plaintiff's Complaint on September 16, 2020. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

### B. Grounds for Removal

4. The present suit is an action over which the United States District Court, for the District of Colorado has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. *See* 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the FCRA. Moreover, Plaintiff's claims based on state and common law may be adjudicated by this Court pursuant to 28 U.S.C. §§ 1367 and 1441(c).

### C. Compliance with Procedural Requirements

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Defendant Trans Union LLC was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the District of Colorado, Denver Division because it is in the district and division embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with

the County Court of Denver County, Colorado, as required by 28 U.S.C. § 1446(d).

8.      Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint served upon the Defendant Trans Union in the State Court Action are attached hereto as **Exhibit A** and **Exhibit B**. Attached as **Exhibit C** is the State Court Case Information Sheet. No other process, pleadings, or orders have been served on Trans Union.

9.      Trial has not commenced in the District Court of Arapahoe County, Colorado.

10.     Co-Defendants Wakefield and Associates ("Wakefield"), UCHealth University of Colorado Hospital ("UCH"), Experian Information Solutions, Inc. ("Experian"), and Equifax Information Services, LLC ("Equifax") consent to the removal of this case. Joinders in the Removal from Co-Defendants Wakefield, UCH, Experian, and Equifax are attached hereto as **Exhibit D**, **Exhibit E**, **Exhibit F**, and **Exhibit G**.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

DATED:  October 7, 2020

Respectfully submitted,

*/s/ James Acosta*
James Acosta
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5453
(214) 871-2111 Fax
Email:  jacosta@qslwm.com
**Counsel for Trans Union LLC**

## CERTIFICATE OF SERVICE

This is to certify that on October 7, 2020, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Robyn Berger Averbach
Ruebel & Quillen LLC
8461 Turnpike Drive, Suite 206
Westminster, CO 80031
(888) 989-1777
(303) 362-5724 Fax
Email:  robyn@rq-law.com
***Counsel for Experian Information Solutions, Inc.***

Reed Andrew Melnick #50218
Wakefield and Associates, Inc.
10800 E. Bethany Drive, Suite 450
Aurora, CO 80014
(303) 718-0852
Email:  Drew.melnick@wakeassoc.com
***Counsel for Wakefield and Associates***

Jeremy A. Moseley
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
(303) 244-1847
Email:  moseley@wtotrial.com
***Counsel for Equifax Information Services, LLC***

Traci L. Van Pelt
McConnell Van Pelt, LLC
4700 South Syracuse Street
Suite 200
Denver, CO 80237
(303) 480-0400
(303) 458-9555 Direct
(303) 458-9520 Fax
Email:  tvanpelt@mvp-legal.com
***Counsel for UCHealth University of Colorado Hospital***

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None at this time.

Wazir Ali Muhammad
1031 East 150th Street
Compton, CA 90220
(720) 318-9586
Email:  Wazir1947@aol.com
***Plaintiff Pro Se***

/s/ *James Acosta*
James Acosta
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024

4

(214) 560-5453  
(214) 871-2111 Fax  
Email:  jacosta@qslwm.com  
***Counsel for Trans Union LLC***

5

4622986.1