# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03024-STV

WAZIR ALI MUHAMMAD,

    Plaintiff,

v.

WAKEFIELD AND ASSOCIATES,
UCHEALTH UNIVERSITY OF COLORADO HOSPITAL,
EXPERIAN CONSUMER REPORTING AGENCY,
TRANSUNION CONSUMER REPORTING AGENCY, and
EQUIFAX CONSUMER REPORTING AGENCY,

    Defendants.

## NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc. files this notice of settlement pursuant to D.C.COLO.LCivR 40.2(b).  The parties have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian Information Solutions, Inc. pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal of the claims asserted against Experian Information Solutions, Inc.

NAI-1515321692v1

Dated:  December 10, 2020

Respectfully Submitted,

By: *s/ Ani Ghazikhanian*
Ani Ghazikhanian
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  (949) 851-3939
Facsimile:  (949) 553-7539
Email:  aghazikhanian@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Reed A. Melnick
Wakefield & Associates Inc.
P.O. Box 58
Fort Morgan, CO  80701
T:  (303) 718-0852
Email:  drew.melnick@wakeassoc.com
*Attorneys for Wakefield and Associates*

James P. Acosta
Quilling Selander Lownds Winslett & Moser PC
6900 North Dallas Parkway, Suite 800
Plano, TX  75024
T:  (214) 560-5440
F:  (214) 871-2111
Email:  jacosta@qslwm.com
*Attorneys for TransUnion Consumer Reporting Agency*

Jeremy A. Moseley
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO  80202-5647
T:  (303) 244-1800
F:  (303) 244-1879
Email:  moseley@wtotrial.com
*Attorneys for Equifax Consumer Reporting Agency*

I further certify that on December 10, 2020, I caused the foregoing document to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California, addressed to the following non-CM/ECF participant(s):

Wazir Ali Muhammad
1031 East 150th Street
Compton, CA  90220
Telephone:  (720) 318-9586
*Pro Se*

*s/ Ani Ghazikhanian*
Ani Ghazikhanian