IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03024-RBJ-STV

WAZIR ALI MUHAMMAD,

        Plaintiff,

v.

WAKEFIELD AND ASSOCIATES,
UC HEALTH UNIVERSITY OF COLORADO HOSPITAL,
EXPERIAN CONSUMER REPORTING AGENCY,
TRANS UNION CONSUMER REPORTING AGENCY, and
EQUIFAX CONSUMER REPORTING AGENCY,
        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Wazir Ali Muhammad, and Defendant Equifax Information Services LLC, incorrectly named as Equifax Credit, ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

Dated:  February 19, 2021                              Respectfully submitted,


                                                       */s/ Wazir Ali Muhammad*
                                                       Wazir Ali Muhammad, Pro Se Plaintiff
                                                       (with express permission)


                                                       */s/ Jeremy A Moseley*
                                                       Jeremy A. Moseley
                                                       Spencer Fane LLP
                                                       1700 Lincoln, Suite 2000
                                                       Denver, CO 80203
                                                       Telephone:     303.839.3800
                                                       Facsimile:     303.839.3838
                                                       Email: jmoseley@spencerfane.com

                                                       *Attorneys for Defendant*
                                                       *Equifax Information Services LLC*