UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03024

WAZIR ALI MUHAMMAD,

    Plaintiff,

v.

WAKEFIELD AND ASSOCIATES, UCHEALTH UNIVERSITY OF COLORADO HOSPITAL, EXPERIAN CONSUMER REPORTING AGENCY, TRANSUNION CONSUMER REPORTING AGENCY, AND EQUIFAX CONSUMER REPORTING AGENCY,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**FEB 2 2 2021**

JEFFREY P. COLWELL
CLERK

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Wazir Ali Muhammad, and Defendant Equifax Information Services LLC, incorrectly named as Equifax Credit, ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

67274112v.1

Dated: February 5, 2021

Respectfully submitted,

_Wazir Muhammad_
Wazir Ali Muhammad, Pro Se Plaintiff

*/s/ Jeremy A Moseley*
Jeremy A. Moseley
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:   303.244.1879
Email: moseley@wtotrial.com
*Attorneys for Defendant*
*Equifax Information Services LLC*

2